**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| Lucas Georgandellis, M.D. | : | |
| Plaintiff, | : | Case No.: 2:08 cv 626 |
| v. | : | Judge Marbley |
| Holzer Clinic, Inc., et al., | : | Magistrate Judge King |
| Defendants. | : | |

**STIPULATION OF DISMISSAL OF DEFENDANTS HOLZER MEDICAL CENTER
AND JAMES PHILLIPPE**

Upon agreement of the parties, the Holzer Medical Center and James Phillippe are dismissed with prejudice as Defendants in this case.


s/ Alexander M. Spater
Alexander M. Spater (0031417)
Spater Law Office
360 South Grant Avenue
Columbus, Ohio 43215
Phone: (614) 222-4734
Fax:    (614) 222-4738
sspater@spaterlaw.com

Attorney for Plaintiff Lucas Georgandellis


s/ William H. Prophater, Jr.
William H. Prophater, Jr. (0062318)
wprophater@nplmlaw.com
Michael S. Kolman (0031420)
mkolman@nplmlaw.com
**Newhouse, Prophater, & Letcher**
5025 Arlington Centre Blvd, Suite 400
Columbus, Ohio 43220
Phone: (614) 255-5441
Fax:    (614) 255-5446

Attorneys for Defendants Holzer Medical Center,

James Phillippe, and Jamaal Haddad, D.O.

s/ William R. Post_____
Ellen Garling (0043554)
William R. Post (0072655)
**Baker & Hostetler**, **LLP**
65 East State Street, Suite 2100
Columbus, Ohio 43215
Phone: (614) 228-1541
Fax:    (614) 462-2616
egarling@bakerlaw.com
wpost@bakerlaw.com

Attorneys for the Clinic Defendants