**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **Lucas Georgandellis, M.D.,** | : | |
| | : | |
| Plaintiff, | : | Case No. 2:08cv626 |
| | : | |
| v. | : | Judge Algenon L. Marbley |
| | : | |
| **Holzer Clinic Inc., et al.,** | : | Magistrate Judge King |
| | : | |
| Defendants. | : | |

**STIPULATION OF DISMISSAL OF DEFENDANTS T. WAYNE MUNRO, M.D.,
JON M. SULLIVAN, M.D., MICHAEL CANADY, M.D., ROBERT E. DANIEL AND
G. PATRICK CONNORS WITH PREJUDICE**

By agreement of the parties and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Defendants T. Wayne Munro, M.D., Jon M. Sullivan, M.D., Michael Canady, M.D., Robert E. Daniel and G. Patrick Connors are dismissed with prejudice as Defendants in the above-captioned case.

Respectfully submitted,

s/Robert K. Handelman
Robert K. Handelman (0019589)
BARKAN NEFF HANDELMAN
MEIZLISH, LLP
360 South Grant Avenue
Columbus, Ohio 43215
(614) 221-4221

s/William R. Post
William R. Post (0072655), Of Counsel
BAKER & HOSTETLER LLP
65 East State Street, Suite 2100
Columbus, Ohio 43215
(614) 228-1541
(614) 462-2616 (facsimile)
wpost@bakerlaw.com

Attorney for the Clinic Defendants

s/Alexander M. Spater
Alexander M. Spater (0031417)
360 South Grant Avenue
Columbus, Ohio 43215
(614) 222-4737
(614) 222-4734 (facsimile)
sspater@spaterlaw.com
Attorneys for Plaintiff

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 22, 2010, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic system.  Parties may access this filing through the Court's system.

                              s/William R. Post
                              William R. Post