IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Lucas Georgandellis, M.D., | : |
| Plaintiff, | : Case No. 2:08cv626 |
| v. | : Judge Algenon L. Marbley |
| Holzer Clinic Inc., et al., | : Magistrate Judge King |
| Defendants. | : |

### ENTRY

Upon the parties' Stipulation of Dismissal with Prejudice, and for good cause shown, this case is hereby DISMISSED WITH PREJUDICE. Lucas Georgandellis, M.D., Holzer Clinic Inc., T. Wayne Munro, M.D., Jon M. Sullivan, M.D., Michael Canady, M.D., Robert E. Daniel and G. Patrick Connors will abide by the agreed upon settlement agreement and release.

**IT IS SO ORDERED.**

Issued this 7 day of July, 2010.

Judge Algenon L. Marbley
United States District Court for the Southern
District of Ohio, Eastern Division